**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 4:12CR00530-001** |
| | ) | |
|     **Plaintiff,** | ) | **JUDGE: JAMES S. GWIN** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **MARLON SWIGGETT,** | ) | |
| | ) | |
|     **Defendant.** | ) | |

    This matter was heard on February 18, 2016 upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release. The defendant was present and represented by Attorney Edward G. Bryan.

    The violation report was referred to Magistrate Judge Nancy A. Vecchiarelli who conducted an initial appearance on the violation. Magistrate Judge William H. Baughman, Jr., conducted the preliminary hearing and issued a Report and Recommendation on February 12, 2016 [Doc. 33] at which time the defendant waived the objection period. No objections having been filed the Court adopted the Magistrate Judge's Report and Recommendation and found that the following terms of supervision had been violated:

    1) new law violation incurred on February 2, 2016;

    2) failure to notify officer of address change.

    The Court found the violations to be Grade A and that the defendant was a Criminal History Category of III.

The Court, after considering the 3553(a) factors, committed the defendant to the Bureau of Prisons for a period of 18 months with credit for time served in federal custody on the instant violation.  Upon release from incarceration, defendant's federal supervised release shall terminate.

The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.


Dated: February 19, 2016  	 	 	*s/     James S. Gwin*
	 	 	 	 	 	JAMES S. GWIN
	 	 	 	 	 	UNITED STATES DISTRICT JUDGE